STATE OF NEW JERSEY v. QUINCY H. LUCARELLO.

September 16, 1975. Motion for leave to appeal from Superior Court, Appellate Division is granted. (See 135 *N. J. Super.* 347)

STATE OF NEW JERSEY v. VICTOR VINEGRA.

September 16, 1975. Motion for leave to appeal from Superior Court, Appellate Division is granted. (See 134 *N. J. Super.* 432)

HOWARD SCHWEIZER v. ELOX DIVISION OF COLT IND.

September 16, 1975. Motion for leave to appeal from Superior Court, Appellate Division is granted. (See 133 *N. J. Super.* 297)

ANDREW GONDOR v. NEWARK INSURANCE CO.

September 30, 1975. Motion for leave to appeal from Superior Court, Appellate Division is granted and the judgment of the Appellate Division is reversed; and it is further ORDERED that plaintiff-appellant be permitted to amend the complaint in this matter.